[Civ. No. 18925. First Dist., Div. Two. July 5, 1960.]

WILLIAM A. CODY, Respondent, v. F. W. GRIESINGER, as Real Estate Commissioner, Appellant.

Stanley Mosk, Attorney General, and Carl W. Wynkoop, Deputy Attorney General, for Appellant.

Robert V. Winkler for Respondent.

DRAPER, J.—This is a companion case to *Watkins* v. *Real Estate Commissioner*, Number 18926, decided this day [*ante*, p. 397].

The parties have informed us that respondent Cody died pending this appeal. Death of a licensee terminates disciplinary proceedings against him (*Orchard* v. *Pancoast*, 133 Cal.App.2d 52, 55 [283 P.2d 309]). Thus this appeal is moot.

Appeal dismissed.

Kaufman, P. J., and Stone, J. pro tem.,* concurred.

§

*Assigned by Chairman of Judicial Council.